IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01284-CMA-MJW

KÄRCHER NORTH AMERICA, INC., a Delaware corporation,

Plaintiff,

v.

NILFISK-ADVANCE, INC., a Minnesota corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff Karcher North America, Inc.'s Motion for Leave to File First Amended Complaint (Docket No. 41) is granted. The tendered First Amended Complaint (Docket No. 41-2) is accepted for filing as of the date of this Minute Order.

Date: September 25, 2013