IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01284-CMA-MJW

KÄRCHER NORTH AMERICA, INC.,
a Delaware corporation,

     Plaintiff,

v.

NILFISK-ADVANCE, INC.,
a Minnesota corporation,

     Defendant.

---

**ORDER** ( *Docket no. 97* )

---

THIS MATTER, coming before the Court upon Plaintiff Kärcher North America,

Inc.'s and Defendant Nilfisk-Advance, Inc.'s (collectively, the "Parties") Joint Motion for

Clarification Regarding Claim Construction Briefing Deadlines, and the Court being fully

advised in the premises,

*And Rule 16 Scheduling order is Amended*

IT IS HEREBY ORDERED that Parties' Motion is GRANTED. The Court clarifies *Accordingly*

the claim construction briefing deadlines as follows:

| Action | Current Deadline | Extended Deadline if Motion to Stay Is Granted | Extended Deadline if Motion to Stay Is Denied |
|---|---|---|---|
| Exchange proposed claim constructions and extrinsic evidence | To be determined. [Doc. No. 95.] | To be set after stay is lifted. [Doc. No. 95.] | Two weeks after entry of order denying motion to stay. [Doc. No. 95.] |

| Action | Current Deadline | Extended Deadline if Motion to Stay is Granted | Extended Deadline if Motion to Stay is Denied |
|---|---|---|---|
| Plaintiff to file opening claim construction brief | Feb. 3, 2014 | To be set after stay is lifted. | Three weeks after exchange of proposed claim constructions and extrinsic evidence. |
| Defendant to file responsive claim construction brief | Feb. 21, 2014 | To be set after stay is lifted. | Three weeks after filing of opening claim construction brief. |
| Plaintiff to file reply claim construction brief | Mar. 3, 2014 | To be set after stay is lifted. | Two weeks after filing of responsive claim construction brief. |

DONE AND ORDERED this _3rd_ day of _February_, 2014.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2