IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-01284-CMA-MJW

KÄRCHER NORTH AMERICA, INC., a Delaware corporation,

    Plaintiff,

v.

NILFISK-ADVANCE, INC., a Minnesota corporation,

    Defendant.

## ORDER TO REOPEN CASE FOR GOOD CAUSE

This matter is before the Court on the parties' Stipulated Motion to Reopen Action for Good Cause and to Set Rule 16 Scheduling Conference (Doc. # 106).

On October 22, 2013, Defendant Nilfisk-Advance, Inc. ("Nilfisk") filed its motion to stay this action pending the outcome of two *ex parte* patent reexamination petitions it filed with the United States Patent and Trademark Office ("USPTO") regarding Plaintiff Kärcher North America, Inc.'s ("Kärcher") U.S. Patent Nos. 7,533,435 ("the '435 Patent") and 8,528,142 ("the '142 Patent").  (Doc. # 55, "the Motion.")  The Court granted the Motion on April 4, 2014 (Doc. # 103), and the case was administratively closed on April 29, 2014, "with leave to be reopened for good cause shown."  (Doc. # 104.)

The USPTO has now issued Notices of Intent to Issue Reexamination Certificates in both of the pending reexaminations. In light of this development and the parties' stipulated motion, the Court finds that good cause exists to reopen this matter.

Accordingly, the Court ORDERS that this matter be re-opened.

In light of this Order, Magistrate Judge Watanabe will set a scheduling conference at his convenience.

DATED: October  23 , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge