IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01284-CMA-MJW

KÄRCHER NORTH AMERICA, INC.,
a Delaware corporation,

    Plaintiff,

v.

NILFISK-ADVANCE, INC.,
a Minnesota corporation,

    Defendant.

**ORDER GRANTING JOINT MOTION FOR STAY PENDING SETTLEMENT** (Docket no. 121)

This matter comes before the Court on the Parties' Joint Motion for Stay Pending Settlement. [Doc. No. 121.] Having reviewed the motion and being fully advised in the premises, the Court is persuaded that good cause exists to grant the requested stay.

Accordingly, the Court hereby ORDERS that the Joint Motion for Stay Pending Settlement is GRANTED. All pending deadlines are STAYED until May 4, 2015. The Parties shall promptly notify the Court of any final settlement.

    IT IS SO ORDERED.

DATED THIS 7th day of April, 2015.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1